UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

SENTORIA D. ZIRKER,

       Plaintiff,            Civil Action No.: 15-12684
                                 Honorable Avern Cohn
v.                              Magistrate Judge Elizabeth A. Stafford

CAROLYN COLVIN, Acting
Commissioner of Social Security,

       Defendant.
_____/

## ORDER FOR THE APPEARANCE OF LOCAL COUNSEL

Plaintiff filed the instant action without local counsel filing an appearance and without an application to be relieved of the requirement for local counsel, in violation of Eastern District of Michigan Local Rule 83.20(f).  Consequently, **IT IS HEREBY ORDERED** that Plaintiff have local counsel file an appearance with this Court by August 27, 2015.


Dated: August 13, 2015              s/Elizabeth A. Stafford
Detroit, Michigan                   ELIZABETH A. STAFFORD
                                       United States Magistrate Judge

## NOTICE TO PARTIES REGARDING OBJECTIONS

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of

this order within which to file objections for consideration by the district judge under 28 U.S. C. §636(b)(1).

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 13, 2015.

                                      s/Marlena Williams
                                      MARLENA WILLIAMS
                                      Case Manager